**Order entered May 2, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01368-CV

**FREDIS BENITEZ, ET AL., Appellants**

**V.**

**CITY OF DALLAS, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 13-03671**

## ORDER

We **GRANT** appellee's March 18, 2014 motion to file a sur-reply brief. We **ORDER**

the sur-reply brief tendered to this Court by appellee on March 18, 2014 filed as of that date.


/s/      ADA BROWN
         JUSTICE